LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-00833 (BRO) (PLAx) | Date | January 16, 2015 |
|---|---|---|---|
| Title | KEANDRE WEST V. CITY OF LOS ANGELES, ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:
Not Present Not Present

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pending before the Court is a motion for summary judgment filed by Defendant City of Los Angeles (the "City"). (Dkt. No. 25.) The hearing on this matter is currently set for February 2, 2015, at 1:30 p.m. Under the Central District's Local Rule 7-9, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to the City's motion was due no later than January 12, 2015. As of today, Plaintiff has not filed an opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE why the City's motion should not be granted**. Plaintiff's response to this order to show cause and Plaintiff's opposition, if any, must be filed **no later than Tuesday, January 20, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to timely file an opposition to the City's motion.

**IT IS SO ORDERED.** :

Initials of Preparer rf