UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case
No.:   2:14−cv−00833−BRO−PLA                                           Date:   2/19/2015
Title:   KEANDRE WEST V. CITY OF LOS ANGELES ET AL

Present: The Honorable   **BEVERLY REID O'CONNELL**

Deputy Clerk:   Renee Fisher
Court Reporter/Recorder:   None
Tape No.: N/A

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
                None                                            None

**Proceedings:**       **(In Chambers)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

    Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

    Plaintiff(s) have failed to file a proof of service within 120 days of the filing of the Complaint. Plaintiff(s) can satisfy this order by showing that service was effectuated within the 120 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

    Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

    IT IS SO ORDERED.

Initials of Deputy Clerk: rfi