# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEANDRE WEST, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-10, inclusive,<br><br>        Defendants.<br>_____ | ) CASE NO. CV14-0833 BRO (PLAx)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 5, 2015, Defendant CITY OF LOS ANGELES filed a Motion for Summary Judgment. After considering the moving papers and given that Plaintiff never filed any opposition to Defendant's Motion, the Court granted the Motion for Summary Judgment in favor of Defendant on January 26, 2015.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in favor of Defendant CITY OF LOS ANGELES and against Plaintiff KEANDRE WEST. As the Defendant is the prevailing party, they shall be entitled to recover their costs reasonably incurred in defense of this action as allowed by the Federal Rules of Civil Procedure and Local Rules.

IT IS SO ORDERED:

**Dated: March 12, 2015**

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE